No. 857. JOHN FAIR NEW, PETITIONER, *v.* UNITED STATES. March 18, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. R. E. Ragland* for petitioner. *The Solicitor General* and *Mr. Assistant Attorney General Fitts* for the United States.

---

No. 879. H. P. MEIKLEHAM, PETITIONER, *v.* MRS. VIRGINIA A. GRAFTON. March 18, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Arthur G. Powell* and *Mr. Robert C. Alston* for petitioner. *Mr. George E. Maddox* for respondent.

---

No. 880. JOHN PATERLINI ET AL., PETITIONERS, *v.* MEMORIAL HOSPITAL ASSOCIATION OF MONONGAHELA CITY, PA., ET AL. March 18, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Arthur O. Fording* for petitioners. No appearance for respondents.

---

